## Commonwealth *v.* West, Appellant.

Submitted December 8, 1969. *David Rudovsky* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Carl B. Feldbaum,* Assistant District Attorney, *James D. Crawford,* Deputy District

Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.